IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICHARD CLYDE WARE, III, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:04-CV-934-Y |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| T.D.C.J., Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Richard Clyde Ware, III under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 19, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 4, 2005.

The Court, after _de novo_ review, concludes that Ware's objections must be overruled, and that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that Ware's Petition for Writ of Habeas Corpus be, and is hereby, DENIED.

SIGNED May 9, 2005.

*Terry R. Means*

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE